May 9, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

TIMOTHY CASTRO, JR., Appellant

NO. 14-11-01087-CV            V.

MARGARET CASTRO, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Margaret Castro, signed September 16, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to (1) delete the clause providing that Timothy's obligation for Matthew and Stephanie's expenses is non-dischargeable under section 523 of the Bankruptcy Code and (2) award Margaret's attorney's fees directly to Margaret rather than to her attorney.

      We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

      We order that each party shall pay its costs by reason of this appeal.

      We further order this decision certified below for observance.